DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RANDY PETERSILGE,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D2025-3220

_____

April 29, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary Morrissey Handsel, Judge.

Loren D. Rhoton of Loren Rhoton, P.A., Tampa, for Appellant.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.